UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUAN GALICIA,                                       :

                                                    :    ORDER OF DISCONTINUANCE
                    Plaintiff,                           12 Civ. 3411 (GWG)
                                                    :

    -v.-                                            :

                                                    :

A & P RESTAURANT CORP., et al.,                     :

                                                    :

                    Defendants.                     :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/12

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    On September 12, 2012, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). By letter dated September 7, 2012, the parties have reported to the Court that they have reached a settlement of this matter.

    Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

    Any pending motions are moot. The Clerk is requested to close the case.

    SO ORDERED.

Dated: October 10, 2012
       New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge